UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ANTHONY DARNELL
GOLDSMITH,

    Petitioner,

v.                                        CASE NO. 3:15cv135-MCR/GRJ

SECRETARY, FLA. DEPT.
OF CORRECTIONS,

    Respondent.
_____/

## O R D E R

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated June 30, 2016, ECF No. 25, recommending that the Petition be dismissed as untimely.  Petitioner has been furnished with a copy of the Report and Recommendation and was afforded an opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1).  No objections have been filed.  Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.  The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. The petition for writ of habeas corpus, ECF No. 1, is **DISMISSED.**

3. A certificate of appealability is **DENIED.**

**DONE AND ORDERED** this 2nd day of August, 2016.


    *s/ M. Casey Rodgers*
**M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE**